IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARARAT INVESTMENT CLUB,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. AGGREGATES, INC., et al.,<br><br>    Defendants.<br>_____ | No. 01-02341 CW |
| CYNTHIA YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. AGGREGATES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. 01-02951 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASES |

On August 9, 2001, the above-captioned cases were consolidated for all further proceeding with C-01-1688 CW, <u>In Re U.S. Aggregates Securities Litigation</u>. Accordingly,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain these files as open ones for statistical purposes, and the Clerk is instructed to submit JS-6 Forms to the Administrative Office.

1 |     Nothing contained in this Order shall be considered a
2 | dismissal or disposition of these actions, and, should further
3 | proceedings in these cases become necessary or desirable, any party
4 | may initiate it in the same manner as if this Order had not been
5 | entered.

Dated: 9/13/05

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

2